THE STATE OF OHIO, APPELLANT, *v.* UNICK, APPELLEE.

[Cite as *State v. Unick,* 103 Ohio St.3d 103, 2004-Ohio-4658.]

(No. 2004–0653—Submitted July 20, 2004—Decided September 15, 2004.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. Thompson,* 102 Ohio St.3d 287, 2004-Ohio-2946, 809 N.E.2d 1134.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Jon W. Oebker, Assistant Prosecuting Attorney, for appellant.